UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Plaintiff* )<br>) <br>v. )<br>)<br>CESAR MEJIA-RUIZ )<br>    *Defendant* ) | NO. 1:08-CR-91<br>*Collier/Carter* |

## **O R D E R**

Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count Six of the Superseding Indictment; (2) adjudicate Defendant guilty of the charges set forth in Count Six of the Superseding Indictment; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 23). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Six of the Superseding Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Six of the Superseding Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, July 23, 2009 at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**